# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

JAMES T.,

        Plaintiff,

v.                                        CIVIL ACTION NO. 3:23-0370

MARTIN J. O'MALLEY,
Commissioner of Social Security Administration,

        Defendant.

## MEMORANDUM OPINION AND ORDER

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Claimant's request to reverse the Commissioner's decision (EFC No. 12), grant the Commissioner's request to affirm his decision (ECF No. 15), affirm the final decision of the Commissioner, and dismiss this action from the Court's active docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Claimant's request to reverse the Commissioner's decision (EFC No. 12), **GRANTS** the Commissioner's request to affirm his decision (ECF No. 15), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the Court's active docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:       September 6, 2024

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE